TUCKER ELLIS LLP
Aggie B. Lee - SBN 228332
aggie.lee@tuckerellis.com
Anna-Sophie Tirre - SBN 336835
anna-sophie.tirre@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants Global Signal Acquisitions IV LLC
and Crown Castle Towers 06-2 LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Circle Inn Development & Management, Inc., a California corporation; National Association of Real Sales People, Inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Global Signal Acquisitions IV LLC, a Delaware limited liability company; Crown Castle Towers 06-2 LLC, a Delaware limited liability company; and Does 1-10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-02061-SSS-SHKx<br><br>[Removal from Superior Court of California, Riverside County Case No. CVR12104692]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>State Action Filed: October 14, 2021<br>Trial Date:            February 27, 2023 |

Plaintiffs Circle Inn Development & Management, Inc. and National Association of Real Sales People, Inc. and Defendants Global Signal Acquisitions IV LLC and Crown Castle Towers 06-2 LLC, by and through their respective counsel, have stipulated pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this entire action is hereby dismissed with prejudice and with each party to pay its own costs and attorney fees.

Good cause appearing, the Court **APPROVES** the Joint Stipulation. As stipulated, this action is **DISMISSED WITH PREJUDICE**, with the Parties to bear their own costs and attorney fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED: July 12, 2022

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE